```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

        UNITED STATES OF AMERICA

                        Plaintiff(s)

            -vs-                                    05-CV-6089T

        ANTHONY WASHINGTON

                        Defendant(s)

_____
```

       The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

       SO ORDERED.

```
                                    S/ MICHAEL A. TELESCA
                                    MICHAEL A. TELESCA
                                    United States District Judge

Dated:  Rochester, New York
        February 27, 2006
```